# Notice Recipients

District/Off: 0314−1     User: AutoDocketer     Date Created: 5/26/2022
Case: 1:19−bk−02962−HWV     Form ID: pdf010     Total: 35

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| tr | Jack N Zaharopoulos (Trustee) | info@pamd13trustee.com |
| aty | Charles G. Wohlrab | cwohlrab@raslg.com |
| aty | Gary J Imblum | gary.imblum@imblumlaw.com |
| aty | Jerome B Blank | pamb@fedphe.com |
| aty | Marisa Myers Cohen | ecfmail@mwc−law.com |
| aty | Sindi Mncina | smncina@raslg.com |
| aty | Thomas Song | tomysong0@gmail.com |

TOTAL: 8

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Kenneth Lester, III | 99 Schell Street    Harrisburg, PA 17109 |
| cr | HOME POINT FINANCIAL CORPORATION | D. Anthony Sottile    Agent for Home Point Fin. Corp.    394 Wards Corner Road, Suite 180    Loveland, OH 45140 |
| cr | ECMC | PO Box 16408    St. Paul, MN 55116−0408 |
| cr | Home Point Financial Corporation | RAS Crane PLLC    130 Clinton Road #202    Fairfield, NJ 07004 |
| 5221064 | AES/PNC Bank | Attn: Bankruptcy Dept    PO Box 2461    Harrisburg, PA 17105 |
| 5221065 | Brandie Lester | 1015 North 16th Street    Harrisburg, PA 17103 |
| 5221067 | DOUGLAS ROWELL | PO BOX 4604    HARRISBURG, PA 17111 |
| 5221066 | DirecTV | c/o Credence Resource Management    PO Box 2300    Southgate, MI 48195 |
| 5243876 | Directv, LLC | by American InfoSource as agent    PO Box 5008    Carol Stream, IL 60197−5008 |
| 5295284 | ECMC | P.O. Box 16408    St. Paul, MN 55116−0408 |
| 5295285 | ECMC | P.O. Box 16408    St. Paul, MN 55116−0408    ECMC    P.O. Box 16408    St. Paul, MN 55116−0408 |
| 5455684 | Home Point Financial | c/o Robertson, Anschutz, Schneid, Crane    Partners, PLLC    130 Clinton Rd #202    Fairfield, NJ 07004 |
| 5244655 | Home Point Financial Corporation | 11511 Luna Road, Suite 300    Farmers Branch, TX 75234 |
| 5425484 | Home Point Financial Corporation | 1511 Luna Road, Suite 200    Farmers, TX 75234 |
| 5222147 | Home Point Financial Corporation | c/o D. Anthony Sottile, Authorized Agent    394 Wards Corner Road, Suite 180    Loveland, OH 45140 |
| 5366869 | Home Point Financial Corporation | c/o McCabe, Weisberg & Conway, LLC    Suite 1400    123 South Broad Street    Philadelphia, PA 19109 |
| 5221062 | Internal Revenue Service | POB 7346    Philadelphia, PA 19101−7346 |
| 5221070 | Jerome B Blank Esq | Phelan Hallinan Diamond Jones LLP    PMB SSS Acquisition    PO Box 8990    Turnersville, NJ 08012−8990 |
| 5221068 | Members First Federal Credit Union | 5000 Marketplace Way    Enola, PA 17025−2431 |
| 5221063 | PA Department of Revenue | Attn: Bankruptcy Division    Dept 280946    Harrisburg, PA 17128−0946 |
| 5224590 | PHEAA | PO BOX 8147    HARRISBURG PA 17105 |
| 5221071 | PPL | 2 North 9th Street    CPC−GENN1    Allentown, PA 18101 |
| 5221069 | Penn Waste | PO Box 3066    York, PA 17402 |
| 5221072 | Ream, Carr, Markey, Woloshin & Hunt | 119 East Market Street    York, PA 17401 |
| 5221074 | UGI | PO Box 13009    Reading, PA 19612 |
| 5221073 | UGI | c/o Torres Credit    PO Box 189    Carlisle, PA 17013 |
| 5221075 | Verizon | c/o EOS CCA    700 Longwater Dr    Norwell, MA 02061 |

TOTAL: 27