IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Chapter 13 |
| Kenneth Lester, | : | |
| | : | CASE NO. 1:19-bk-02962-HWV |
| Debtor | : | |

## **ORDER**

Upon consideration of the Debtor's *Motion to Reimpose the Automatic Stay* (Dkt. #98) (the "Motion") and the Answer filed thereto by Home Point Financial Mortgage Corporation (Dkt. #103), and following notice and a hearing, and because the Debtor has not fully cured the default that was the basis for the underlying Motion for Relief, and for the reasons stated on the record at the hearing in this matter, it is hereby:

**ORDERED** that the Motion is DENIED.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: August 23, 2022