# Notice Recipients

District/Off: 0314−1　　　　　User: AutoDocketer　　　　　Date Created: 8/23/2022
Case: 1:19−bk−02962−HWV　　　Form ID: pdf010　　　　　　Total: 3

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| tr | Jack N Zaharopoulos (Trustee) | info@pamd13trustee.com |
| aty | Andrew M. Lubin | ecfmail@mwc−law.com |
| aty | Gary J Imblum | gary.imblum@imblumlaw.com |

TOTAL: 3